UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| Robert Allen Endicott ) | Case No.: 13-03190-FJO |
| Lori Jane Endicott ) | |
|     Debtor(s). ) | |

MOTION TO REDEEM PROPERTY

Debtor hereby moves the Court, pursuant to Section 722 of the Bankruptcy Code, for an Order permitting the debtor to redeem items of tangible personal property from a lien securing a dischargeable consumer debt.

1) The items of personal property involved are laptop, computer, camera and kindle fire, which is intended primarily for personal, family or household use.

2) The debtor originally purchased the property in January, 2010, and the original purchase price was $1,194.

3) The debtor has not obtained an appraisal and believes the fair market value of the property to be $150.

4) The security interest of Cap1/bstby in said property is a dischargeable consumer debt.

Wherefore, the debtor moves the Court for an Order permitting the debtor to redeem said property by paying said creditor the aforesaid sum, and finding that the remainder of the claim of said creditor is a dischargeable consumer debt.

Dated:  June 20, 2013        /s/ David G. Walton, Jr.
                                                David G. Walton, Jr.
                                                Attorney for Debtor(s)
                                                Walton Legal Services, P.C.
                                                725 Third Street
                                                Columbus, IN 47201
                                                812-372-5533
                                                812-372-1180 Fax
                                                JeanneB@waltonlegal.net

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2013, a copy of the foregoing Motion to Redeem Property was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Joseph Hammes, Trustee
trusteehammes@gmail.com

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

I further certify that on June 20, 2013, a copy of the foregoing Motion to Redeem Property was mailed by certified U.S. Mail, postage prepaid, and properly addressed to the following:

Capital One Financial Corp/bstby
ATTN: Richard D Fairbank CEO
1680 Capital One Drive
McLean  VA  22102

/s/ David G. Walton, Jr.
David G. Walton, Jr.
Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| Robert Allen Endicott ) | Case No.: 13-03190-FJO |
| Lori Jane Endicott ) | |
| Debtor(s). ) | |

### NOTICE

PLEASE TAKE NOTICE that parties in interest shall have **twenty one (21) days from the date this Notice is <u>served</u>** to file an objection to the attached Motion to Redeem Property re: Cap1/bstby filed herein on behalf of the debtor. Objections must be filed in writing in accordance with Local Rule S.D.Ind. B-9013-1 with the Clerk's Office, United States Bankruptcy Court, Room 116, Birch Bayh Federal Building and United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana 46204, and served on the attorney for the debtors at the address listed below.

If no objection is timely filed, an order may be entered by the Court for the relief requested.

### CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2013, a copy of the foregoing Notice of Motion to Redeem Property was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Joseph Hammes, Trustee
trusteehammes@gmail.com

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

I further certify that on June 20, 2013, a copy of the foregoing Notice of Motion to Redeem Property was mailed by certified U.S. Mail, postage prepaid, and properly addressed to the following:

Capital One Financial Corp/bstby
ATTN: Richard D Fairbank  CEO
1680 Capital One Drive
McLean  VS  22102

/s/ David G. Walton, Jr.
David G. Walton, Jr.
Attorney for Debtor(s)
Walton Legal Services, P.C.
725 Third Street
Columbus, IN 47201
812-372-5533
812-372-1180 Fax
JeanneB@waltonlegal.net